UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL L. GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | No. 1:15-cv-00647 (SKO)<br><br>**STIPULATION AND ORDER<br>EXTENDING BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have a first extension of time of thirty (30) days to serve her Confidential Letter Brief. The new date for Plaintiff's Confidential Letter Brief shall be on or before **December 7, 2015**.

|  | Respectfully submitted, |
|---|---|
| Dated: November 4, 2015 | NEWEL LAW |

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
ANGEL L. GOMEZ

Dated: November 4, 2015         BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: `Ben Porter*`
Ben A. Porter
(*Authorized by email dated 11/4/*2015)
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Based upon the above stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including December 7, 2015, to serve her confidential letter brief. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 9, 2015**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE