1  Melissa Newel (#148563)
   NEWEL LAW
2  352 24th Street
3  Oakland, CA  94612
   (510) 316-3827
4  mnewel@newellawfirm.com

5  Attorney for Plaintiff
   ANGEL L. GOMEZ
6

7  PHILLIP A. TALBERT
   Acting United States Attorney
8  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
9  BEN A. PORTER
   Social Security Administration
10 160 Spear Street, Suite 800
11 San Francisco, CA  94105
   (415) 977-8979
12 ben.porter@ssa.gov

13 Attorneys for Defendant

14

15                     UNITED STATES DISTRICT COURT
16
                       EASTERN DISTRICT OF CALIFORNIA
17

18

19 ANGEL L. GOMEZ,                    No.  1:15-CV-00647 (SKO)

20              Plaintiff,

21      v.                            **STIPULATION AND ORDER FOR**
                                      **AWARD AND PAYMENT OF**
22 CAROLYN W. COLVIN,                 **ATTORNEYS FEES AND EXPENSES**
   ACTING COMMISSIONER OF             **PURSUANT TO EAJA 28 U.S.C. §2412(d)**
23 SOCIAL SECURITY,                   **AND COSTS PURSUANT TO 28 U.S.C.**
                                      **§1920**
24              Defendant.

25

26

27

28

1       IT IS HEREBY STIPULATED by and between the parties, through their undersigned

2  attorneys, subject to the approval of the Court, that Angel L. Gomez (Plaintiff) be awarded

3  attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 (d), in

4  the amount of five thousand and thirteen dollars and eighty-eight cents ($5,013.88) and ten

5  dollars and twenty-one cents ($10.21) costs, for a total of five thousand and twenty-four dollars

6  and nine cents ($5,024.09). This represents compensation for legal services rendered on behalf of

7  Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§1920;

8  2412 (d).

9       After the Court issues an Order for EAJA fees to Plaintiff, the government will consider

10  the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to *Astrue v.*

11  *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the

12  attorney fees are subject to any offset allowed under the United States Department of the

13  Treasury's Offset Program. After the Order for EAJA fees is entered, the government will

14  determine whether they are subject to any offset.

15       Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

16  that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the

17  payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively

18  "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any payments made shall

19  be delivered to Plaintiff's counsel.

20       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

21  attorney fees and does not constitute an admission of liability on the part of Defendant under

22  EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any

23  and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees

24  and costs in connection with this action.

25  ///

26  ///

27  ///

28  ///

1         This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

2    Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

3

4                                            Respectfully submitted,

    Dated: July 12, 2016                      NEWEL LAW

5

6                                    By:    *Melissa Newel*

7                                          Melissa Newel
                                           Attorney for Plaintiff

8                                          ANGEL L. GOMEZ

9

10       Dated: July 18, 2016                      PHILLIP A. TALBERT
                                           United States Attorney

11                                         DEBORAH LEE STACHEL
                                           Acting Regional Chief Counsel, Region IX

12                                         Social Security Administration

13                                   By:    Ben Porter*

14                                         BEN A. PORTER
                                           (*Authorized by email dated 07/18/2016*)

15                                         Special Assistant U.S. Attorney
                                           Attorneys for Defendant

16

17

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

## <u>ORDER</u>

2

3        Based upon the above "Stipulation for the Award and Payment of Attorney's Fees and

4 Expenses Pursuant to EAJA 28 U.S.C. §2412(d) and Costs pursuant to 28 U.S.C. §1920" (Doc.

5 20), IT IS ORDERED that fees and expenses in the amount of five thousand and thirteen dollars

6 and eighty-eight cents ($5,013.88), as authorized by 28 U.S.C. §2412, and ten dollars and twenty-

7 one cents ($10.21) costs, pursuant to 28 U.S.C. §1920, for a total of five thousand and twenty-

8 four dollars and nine cents ($5,024.09), be awarded subject to the terms of the above-referenced

9 Stipulation.

10

11 IT IS SO ORDERED.

12 Dated:   **July 19, 2016**                    /s/ *Sheila K. Oberto*

13                                        UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28